UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| COREY DE'ANDRE HOOD, | ) | |
| Plaintiff, | ) ) ) | Civil No. 7:18-cv-00124-GFVT-CJS |
| v. | ) ) | |
| LT. MOORE, *et al.*, | ) ) | **JUDGMENT** |
| Defendants. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Defendants' Motion for Summary Judgment **[R. 62]** is **GRANTED**;

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 3d day of September, 2021.

Gregory F. Van Tatenhove
United States District Judge